**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>AVA CUSTOM SUPPLY INC, ET AL.,<br><br>Defendants. | **22-cv-5382 (EK)(RLM)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Transit Insurance Company and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5.

Dated: December 19, 2022
      New York, New York

Respectfully submitted,

**MORRISON MAHONEY LLP**

By:    /s/ Lee Pinzow
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    *Counsel for Plaintiff*
    Wall Street Plaza
    88 Pine Street, Suite 1900
    New York, New York 10005